

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2014

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on December 15, 2014. On December 29, 2014, this court notified the court reporter responsible for preparing the record, Mr. Richey Gentry, that the record was late, and Mr. Gentry immediately filed a notification of late record stating that he had not received any notice of the appeal before being contacted by this court. Mr. Gentry requests a sixty-day extension of time from December 29, 2014, in which to file the record. The request is GRANTED. The reporter's record must be filed in this appeal no later than February 27, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court